UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>ON YOUR SIDE ADJUSTERS INC., and MR. JEREMY SNYDER<br><br>      Defendants. | Civil Action No.: 3:14-cv-00586<br><br>Judge Trauger<br><br>Magistrate Judge Brown |

## NATIONWIDE'S MOTION TO EXTEND DEADLINE FOR RESPONSE

Plaintiff Nationwide Mutual Insurance Company ("Nationwide") respectfully requests the Court for an extension of time for Nationwide to respond to Snyder's Motion to Request a Standing Hearing (Doc. Entry 77) to and including July 18, 2014, instead of July 14, 2014. The parties have been unable to resolve this case. Plaintiff Nationwide has begun working on its response to Mr. Snyder's Motion to Request a Standing Hearing and would benefit from a brief extension of time to and including July 18, 2014, to file its response. Nationwide requested of Mr. Snyder if he would consent to the extension of time so Nationwide could inform the Court, but Mr. Snyder has declined consent. No other deadlines in the Initial Case Management Order of May 12, 2014 will be affected in any way.

                       Respectfully submitted,

                       *s/Salvador M. Hernandez*
                       Salvador M. Hernandez (Bar No. 020121)
                       RILEY WARNOCK & JACOBSON, PLC
                       1906 West End Ave.

Nashville, Tennessee 37203
(615) 320-3700
(615) 320-3737 (fax)
shernandez@rwjplc.com

-and-

Steven M. Auvil (Admitted *PHV*)
John J. Thuermer (Admitted *PHV*)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 479-8500
steven.auvil@squirepb.com
john.thuermer@squirepb.com

Aneca E. Lasley  (Admitted *PHV*)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 365-2830
aneca.lasley@squirepb.com

*Attorneys for Plaintiff*
*Nationwide Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon Defendants Jeremy Snyder and On Your Side Adjusters Inc. via U.S. mail and e-mail at:

Jeremy Snyder
615 Newton Lane
Gallatin, Tennessee  37066-8763

On Your Side Adjusters Inc.
615 Newton Lane
Gallatin, Tennessee  37066-8763


Dated: July 10, 2014

*s/Salvador M. Hernandez*