```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION

NATIONWIDE MUTUAL              )
INSURANCE COMPANY,             )
                               )
        Plaintiff,             )
                               )
        v.                     )    NO.  3:14-cv-0586
                               )
ON YOUR SIDE                   )    Magistrate Judge Brown
ADJUSTERS, INC., et al.        )
                               )
        Defendants.            )
```

**O R D E R**

Pending before the Court is the Plaintiff's Motion for Expedited Status Conference to Address Defendant's Public Relations Attack (Docket Entry 93), to which the Defendant has filed a Response (Docket Entry 94). The motion is **GRANTED** and this matter is set for an in court hearing before the Magistrate Judge on **Wednesday, July 30, 2014, at 1:30 p.m.,** in Courtroom 783.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge