# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>  v.<br><br>ON YOUR SIDE ADJUSTERS, INC., and MR. JEREMY SNYDER<br><br>   Defendants. | Civil Action No.: 3:14-cv-00586<br><br>Judge Trauger<br><br>Magistrate Judge Brown |

## JOINT MOTION FOR SETTING OF SETTLEMENT CONFERENCE

Plaintiff Nationwide Mutual Insurance Company ("Nationwide") and Defendant Jeremy Snyder jointly request that the Court appoint a Magistrate Judge to conduct a judicial settlement conference. As the Court is aware, the parties have previously worked toward reaching a resolution of this matter. The parties believe it would be beneficial to conduct a settlement conference before an impartial third-party to aid the parties in reaching a resolution.

The parties have conferred and would be available at varying times after September 19, 2014 to schedule the conference, and certainly would be available to coordinate with the Magistrate Judge's calendar clerk to set a specific time based on the Court's availabilty.

The Parties further jointly request, for reasons of economy, that Defendant Jeremy Snyder's deadline for any additional response to the pending Motion to Dismiss and Motion to Strike, presently due on September 8, 2014, be extended to 14 days after any scheduled settlement conference.

Respectfully submitted,

*s/Salvador M. Hernandez*
Salvador M. Hernandez (Bar No. 020121)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Ave.
Nashville, Tennessee 37203
(615) 320-3700
(615) 320-3737 (fax)
shernandez@rwjplc.com

-and-

Steven M. Auvil (Admitted *PHV*)
John J. Thuermer (Admitted *PHV*)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 479-8500
steven.auvil@squirepb.com
john.thuermer@squirepb.com

Aneca E. Lasley (Admitted *PHV*)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 365-2830
aneca.lasley@squirepb.com

*Attorneys for Plaintiff*
*Nationwide Mutual Insurance Company*

-and-

*s/Jeremy Snyder          by SMH with permission*
Jeremy Snyder
615 Newton Lane
Gallatin, Tennessee 37066-8763
onyoursideadjusters@gmail.com

*Defendant pro se*

2

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served upon Defendant On Your Side Adjusters Inc. via U.S. mail at:

On Your Side Adjusters Inc.
615 Newton Lane
Gallatin, Tennessee  37066-8763


Dated: August 20, 2014

>  *s/Salvador M. Hernandez*
>  *An Attorney for Plaintiff*
>  *Nationwide Mutual Insurance Company*