UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **NATIONWIDE MUTUAL INSURANCE COMPANY,**<br><br>       Plaintiff,<br><br>    v.<br><br>**ON YOUR SIDE ADJUSTERS, INC.,**<br>**and MR. JEREMY SNYDER**<br><br>       Defendants. | Civil Action No.: 3:14-cv-00586<br><br>Judge Trauger<br><br>Magistrate Judge Brown |

## JOINT MOTION FOR SETTING OF SETTLEMENT CONFERENCE

Plaintiff Nationwide Mutual Insurance Company ("Nationwide") and Defendant Jeremy Snyder jointly request that the Court appoint a Magistrate Judge to conduct a judicial settlement conference. As the Court is aware, the parties have previously worked toward reaching a resolution of this matter. The parties believe it would be beneficial to conduct a settlement conference before an impartial third-party to aid the parties in reaching a resolution.

The parties have conferred and would be available at varying times after September 19, 2014 to schedule the conference, and certainly would be available to coordinate with the Magistrate Judge's calendar clerk to set a specific time based on the Court's availabilty.

The Parties further jointly request, for reasons of economy, that Defendant Jeremy Snyder's deadline for any additional response to the pending Motion to Dismiss and Motion to Strike, presently due on September 8, 2014, be extended to 14 days after any scheduled settlement conference.

**ORDER**
**Motion Granted**
**/S/ Joe B. Brown**
**JOE B. BROWN**
**Magistrate Judge**

Magistrate Judge Knowles has advised that he is willing to conduct a settlement conference in this matter. The parties should contact his Courtroom Deputy to schedule a time for the conference.